United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 2, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40634
Summary Calendar

_____

JORGE REYES,

                    Plaintiff-Appellant,

versus

GARY L. JOHNSON; JOE D. CRAWFORD, M.D.; S. LOFTON, Physician's
Assistant; TODDY A. FOXWORTH; JESSE WICKS, Assistant Warden
JERRY LEVISTON, Staff Nurse; BRENDA JENKINS, Assistant
Nurse; CONNIE JUSTICE, Clerk II,

                    Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:03-CV-543-WMS-JKG
--------------------

Before GARWOOD, JOLLY, and JONES, Circuit Judges.

PER CURIAM:[*]

Jorge Reyes attempts to appeal in a civil rights action
filed pursuant to 42 U.S.C. § 1983. The magistrate judge entered
a written report recommending that Reyes' complaint be dismissed.
Reyes filed a notice of appeal after the magistrate judge issued
his recommendation but before any decision was announced by the
district court. Reyes' premature notice of appeal was
ineffective to invoke the jurisdiction of this court. See United

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

States v. Cooper, 135 F.3d 960, 961 (5th Cir. 1998); see also

Trufant v. Autocon, Inc., 729 F.2d 308, 309 (5th Cir.1984).  The

appeal is DISMISSED.